1  Richard A. Whitaker (SBN 58618)
   **THE LAW OFFICES OF RICHARD A. WHITAKER**
2  2480 Hilborn Road, Suite 102
   Fairfield, CA 94534
3  Ph: (707) 427-2237

4  Attorney for Plaintiff:

5  **Rita White**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rita White**, | Case No.: 3:14-cv-04441-VC |
| Plaintiff, | **STIPULATION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT AND/OR REMAND AND ~~PROPOSED~~ ORDER** |
| v. | |
| **CAROLYN W. COLVIN**, Acting Commissioner of Social Security | |
| Defendant. | |

Plaintiff, through her attorney, Richard A. Whitaker, requests an extension of time to file the motion for summary judgment, and/or remand to March 20, 2015.  Counsel for the defendant in an e-mail dated February 23, 2015, had no objection to extending the time to March 20, 2015.

February 24, 2015

Respectfully submitted,

*/s/ Richard Allen Whitaker*
Richard Allen Whitaker, Esq.
Attorney for Plaintiff

February 24, 2015

Melinda Haag
United States Attorney

*/s/ Ben A. Porter*
Ben A. Porter
Special Assistant, U.S. Attorney

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

Dated: February 25, 2015

_____
Vince Chhabria
United States Magistrate Judge